IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHOWHOMES FRANCHISE CORPORATION, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 3:17-CV-2263-D |
| § | |
| LEB SOLUTIONS LLC et al., § § § | |
| Defendants. § | |

### ORDER

If a party intends to pursue a motion filed in the Middle District of Tennessee before this case was transferred, and that was not decided in that court prior to transfer, the party must file a brief and, if applicable, appendix that comply with the local civil rules of this court. The brief must identify by title and document number used in the Middle District of Tennessee the motion that it supports, and it must be filed within 21 days of the date of this order. Response and reply briefs related to the motion will be due by the deadlines specified in the local civil rules of this court, using the date the brief was filed in this court as the date the motion itself was filed.

**SO ORDERED**.

October 13, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE